The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**FARRIS v. STATE.**

No. 15926.

Court of Criminal Appeals of Texas.

April 12, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $50, punishment being two years' confinement in the penitentiary.

The record is before this court without statement of facts or bills of exception. The indictment appears to be in proper form. In this condition of the record nothing is presented for review.

The judgment is affirmed.